LAW OFFICES
# JOHN L. BURRIS
www.johnburrislaw.com

John L. Burris
Ben Nisenbaum

burris@pacbell.net
bnisenbaum@hotmail.com

March 13, 2006

Honorable Edward M. Chen
United States Magistrate Judge
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Corbett, et al. v. City of Emeryville, et al.*

Dear Judge Chen:

This matter is set for a further case management conference before you on Wednesday, March 15. A settlement conference was to occur earlier that day.

For reasons pertaining to the case, I anticipate either Plaintiffs dismissing the case, or our office withdrawing from continued representation of Plaintiffs in this action. Based on discovery and conferring with Mr. Allen, settlement discussions in this matter will only waste the Court's time. I have contacted Judge James chambers to vacate the settlement conference. Please continue the further case management conference for two weeks until March 29 at 2:30 p.m.

Respectfully submitted,

Ben Nisenbaum

IT IS SO ORDERED that the Further CMC shall be continued to 3/29/06 at 2:30 p.m.:

_____
Edward M. Chen
U.S. Magistrate Judge

Dated: 3/13/06

AIRPORT CORPORATE CENTRE • 7677 OAKPORT STREET, SUITE 1120 • OAKLAND, CA 94621 • TEL (510) 839-5200 • FAX (510) 839-3882