1  JOHN L. BURRIS, Esq./ State Bar #69888
   BENJAMIN NISENBAUM, Esq./State Bar #222173
2  LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Centre
3  7677 Oakport Street, Suite 1120
   Oakland, California 94621
4  (510) 839-5200

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHADA CORBETT; SHAMARR OWENS; S. O., a minor, by and through her Guardian Ad Litem , LYNETTA GALLON,<br>　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF EMERYVILLE,  a municipal corporation; KEN JAMES, in his capacity as Chief of Police for the CITY OF EMERYVILLE; FRED DAUER, individually, and in his capacity as a police officer for the CITY OF EMERYVILLE; ED MAYORGA, individually, and in his capacity as a police officer for the CITY OF EMERYVILLE; and, Emeryville police officers DOES 1-25, inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　　／ | Case No.  C 05 01397 EMC<br><br>**ORDER APPOINTING**<br>**GUARDIAN AD LITEM** |

The petition of LYNETTA GALLON to be appointed as guardian ad litem of minor plaintiff, S.O., to prosecute the above-entitled action on her behalf was considered by the Court.  On proof made to the satisfaction of the Court, and good cause appearing therefore,

　　IT IS ORDERED that the petition be granted.

IT IS SO ORDERED

Dated:　April 12, 2006

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Edward M. Chen
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

PETITION TO APPOINT GUARDIAN AD LITEM
 *Corbett, et al. v. City of Emeryville, et al.*
Case No. C 05 01397 EMC -　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PETITION TO APPOINT GUARDIAN AD LITEM
 *Corbett, et al. v. City of Emeryville, et al.*
Case No. C 05 01397 EMC -

2