JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
(510) 839-5200

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHADA CORBETT; SHAMARR OWENS; SHAMILA O., a minor, by and through her Guardian Ad Litem, LYNETTA GALLON,

Plaintiffs,

vs.

CITY OF EMERYVILLE, a municipal corporation; KEN JAMES, in his capacity as Chief of Police for the CITY OF EMERYVILLE; FRED DAUER, individually, and in his capacity as a police officer for the CITY OF EMERYVILLE; ED MAYORGA, individually, and in his capacity as a police officer for the CITY OF EMERYVILLE; and, Emeryville police officers DOES 1-25, inclusive,

Defendants.
_____/

Case No. C 05 01397 EMC

**(PROPOSED) ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD**

**GOOD CAUSE SHOWN**, the motion of Benjamin Nisenbaum and the Law Offices of John L. Burris to withdraw as Counsel of Record for Plaintiffs in the instant matter is hereby granted.

Dated: May 3, 2006

_____
Hon. EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED — Judge Edward M. Chen*