UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shada Corbett; Shamarr Owens; Shamila O., a minor, by and through her Guardian Ad Litem, Lynetta Gallon,<br><br>    Plaintiffs,<br><br>    v.<br><br>City of Emeryville, et al.,<br><br>    Defendants.<br>_____/ | No. CV05-01397 EMC<br><br>**ORDER SETTING STATUS CONFERENCE** |

An Order Granting Motion to Withdraw as Counsel of Record is filed. **IT IS HEREBY ORDERED** that a Status Conference be held on **May 17, 2006 at 2:30 p.m.** before this Court in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Each of the plaintiffs including Guardian Ad Litem **must** appear personally. Plaintiff's former counsel Benjamin Nisenbaum shall serve this Order and all future pleadings upon Plaintiffs and Guardian Ad Litem until new counsel and/or plaintiffs make formal appearances.

Dated: May 4, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge